```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV20 |
| | ) | |
| v. | ) | |
| | ) | |
| TWENTY-ONE FIREARMS, etc. | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's consent motion to extend deadline, filing 15, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to July 1, 2005.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge